Argued and submitted April 13, appeal dismissed May 27, 1987

# DONAHOO,
*Respondent,*

*and*

# STATE OF OREGON,
# DEPARTMENT OF HUMAN RESOURCES,
*Appellant,*

*v.*

# ZACHARIAS,
*Respondent.*

(60-84-05471; CA A39980)

737 P2d 1250

John A. Reuling, Jr., Assistant Attorney General, Salem, argued the cause for appellant. With him on the briefs were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Lois Ann Day, Eugene, argued the cause and filed the for respondent John R. Zacharias.

No appearance for respondent Mary K. Donahoo.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

The state appeals from an order of the trial court setting aside a default judgment against respondent. *See* ORCP 71B. That order is not appealable, *Wershow v. McVeety Machinery,* 263 Or 97, 101, 500 P2d 696 (1972), unless the court lacked jurisdiction over the parties or subject matter. *Flynn v. Davidson,* 80 Or 502, 155 P 197, 157 P 788 (1916). The only contention here is that the trial court erred in setting aside the judgment by default.

The state argues that ORS 19.010(2)(d), which provides for appeals from "[a]n order setting aside a judgment and granting a new trial," sanctions an appeal from an order setting aside a default. That statute existed when *Wershow* was decided, and the language of *Wershow* indicates that the Supreme Court was aware of it.

Appeal dismissed.